IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00564-M-RJ

KATHERINE ELAINE FREW,

    Plaintiff,

v.

EMORTGAGE FUNDING LLC, *et al.*,

    Defendants.

ORDER

This matter comes before the court on two motions filed by Plaintiff: an *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction, DE 30, and an Emergency Motion for Temporary Restraining Order and Request for Immediate Injunctive Relief, DE 31. Plaintiff seeks to enjoin Defendants from proceeding with a foreclosure sale on her primary residence. DE 30 at 1–2, DE 31 at 1–2. This court has already denied two motions seeking the same injunctive relief, DE 12, DE 19, explaining to Plaintiff that she "will not suffer irreparable harm in the event of foreclosure because any resulting loss could be compensated by an award of money damages at judgment if her claim is successful." DE 22 at 2. For the same reasons, Plaintiffs motions, DE 30, 31, are DENIED.

Furthermore, the court notes that Plaintiff has filed three other motions and two notices seeking similar injunctive relief. The court declines to address those filings, beyond noting that there is no emergency such that the regular briefing schedule is insufficient for those matters.

SO ORDERED this \_\_\_9th\_\_\_ day of October, 2025.

                                                      *Richard E. Myers II*
                                                      RICHARD E. MYERS II
                                                      CHIEF UNITED STATES DISTRICT JUDGE